**Order entered November 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00994-CV

### IN RE ASICS AMERICA CORPORATION, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-06193**

### ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Before the Court is relator's November 18, 2022 Motion for Stay and Emergency Relief. After considering the stay motion and real parties in interest's response to that motion, we **GRANT** the stay motion, and we **STAY** the trial court proceedings pending resolution of this original proceeding.

Also before the Court is real parties in interest's November 18, 2022 Motion for Extension of Time to File Response to Petition for Writ of Mandamus. We **GRANT** the extension motion, and the response to the petition shall be filed by **December 1, 2022**.

/s/     DENNISE GARCIA
        JUSTICE